QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD ALFRED ORDEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0010 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING TIME |
| EDWARD ALFRED ORDEZ, JR., ) | |
| ) | Date: May 3, 2005 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Phillip A. Talbert, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant EDWARD ALFRED ORDEZ, Jr. that the status conference scheduled in the above case for May 3, 2005, be vacated, and the matter continued until June 7, 2005, or as soon thereafter as the matter may be heard on this court's criminal calender.

This continuance is sought to permit completion of on-going discussions and consultation into terms of resolution of the matter.
///

1      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act, be excluded from the filing of this stipulation on May 2,
3 2005, until and including June 7, 2005, or the next later date on which
4 this court has a criminal calendar, pursuant to 18 U.S.C. §
5 3161(h)(8)(A) & (B)(iv), Local Code T-4.
6      The court is advised that counsel have conferred on this
7 request, and that Mr. Talbert, has authorized Mr. Staniels to sign this
8 stipulation on his behalf.
9      **IT IS SO STIPULATED**.

10
11 Dated:  May 2, 2005                    /S/
                                        Phillip A. Talbert
12                                      Assistant U.S. Attorney
                                        Counsel for Plaintiff
13
14
15 Dated:  May 2, 2005                    /S/
                                        JEFFREY L. STANIELS
16                                      Assistant Federal Defender
                                        Attorney for Defendant
17                                      EDWARD ALFRED ORDEZ, JR.
18
                              **O R D E R**
19
       The requested continuance is GRANTED.  This case is set for
20
further status conference on this court's criminal calendar on June 7,
21
2005.  Time is excluded from May 2, 2005, through June 7, 2005.
22
       **IT IS SO ORDERED**.
23
                         By the Court,
24
Dated: May 2, 2005
25
26
27                       _____
                         MORRISON C. ENGLAND, JR
                         UNITED STATES DISTRICT JUDGE
28

2