QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD ALFRED ORDEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0010 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING TIME |
| EDWARD ALFRED ORDEZ, JR., ) | |
| ) | Date:  June 28, 2005 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Phillip A. Talbert, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant EDWARD ALFRED ORDEZ, Jr. that the status conference scheduled in the above case for June 28, 2005, be vacated, and the matter continued until July 26, 2005, or as soon thereafter as the matter may be heard on this court's criminal calender.

This continuance is sought to permit completion of on-going discussions and consultation into terms of resolution of the matter and to resolve certain potential sentence related factors.  In addition defense counsel will be out of the district from June 28 through July 22, 2005, and unavailable to attend to this case.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act, be excluded from the filing of this stipulation on June 27,
3 2005, until and including July 26, 2005, or the next later date on
4 which this court has a criminal calendar, pursuant to 18 U.S.C. §
5 3161(h)(8)(A) & (B)(iv), Local Code T-4.
6    The court is advised that counsel have conferred on this
7 request, and that Mr. Talbert, has authorized Mr. Staniels to sign this
8 stipulation on his behalf.
9    **IT IS SO STIPULATED**.

10

11 Dated:   June 27, 2005            /S/ Phillip Talbert
                                    Phillip A. Talbert
12                                  Assistant U.S. Attorney
                                    Counsel for Plaintiff
13

14 Dated:   June 27, 2005            /S/Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
15                                  Assistant Federal Defender
                                    Attorney for Defendant
16                                  EDWARD ALFRED ORDEZ, JR.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

**O R D E R**

The requested continuance is GRANTED.  This case is set for further status conference on this court's criminal calendar on July 26, 2005 at 8:30 a.m.  Time for trial under the Speedy Trial Act is excluded from June 27, 2005, through July 27, 2005, as agreed to by the parties.

**IT IS SO ORDERED.**

By the Court,

Dated: July 5, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3