1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789

5

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )
10                                 )   CR. No. S-05-0010-MCE
                  Plaintiff,       )
11                                 )   STIPULATION AND ~~[PROPOSED]~~ ORDER
         v.                        )   CONTINUING CASE AND EXCLUDING TIME
12                                 )
                                   )
13 EDWARD ALFRED ORDEZ, JR.,       )   Date: October 11, 2005
                                   )   Time: 8:30 a.m.
14                Defendant.       )   Hon. Morrison C. England, Jr.
   _____

15

16     It is hereby stipulated between the parties, Plaintiff United
17 States of America, by and through United States Attorney McGregor W.
18 Scott and Assistant United States Attorney Phillip A. Talbert, and
19 Defendant Edward Alfred Ordez, Jr., through his attorney Assistant
20 Federal Defender Jeffrey L. Staniels, as follows:
21     It is agreed that the Status Conference date of October 11,
22 2005 be vacated and a new Status Conference date of November 1,
23 2005, at 8:30 a.m., be set.
24     The continuance is necessary to permit the parties to finalize
25 discussions of how to resolve certain sentencing factors and to
26 complete the negotiation of a written plea agreement, and to afford
27 an opportunity for defense counsel to discuss that written agreement
28 fully with the defendant.

                                   1

1  For all of these reasons, the parties jointly request a new status conference date, and that the time period from October 11, 2005, to and including November 1, 2005 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

The court is advised that counsel have conferred on this request, and that Mr. Staniels has authorized Mr. Talbert to sign this stipulation on his behalf.

Respectfully submitted,

Dated: October 7, 2005        /s/ Jeffrey L. Staniels by PAT
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              EDWARD ALFRED ORDEZ, JR.


                              McGREGOR W. SCOTT
                              United States Attorney

Dated: October 7, 2005        /s/ Phillip Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: October 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE