1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   EDWARD ALFRED ORDEZ, JR.
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    )  No. 2:05-cr-0010 MCE
11                              )
                 Plaintiff,     )
12                              )  STIPULATION AND [PROPOSED] ORDER
        v.                      )  CONTINUING CASE AND EXCLUDING TIME
13                              )
   EDWARD ALFRED ORDEZ, JR.,    )
14                              )  Date:  November 1, 2005
                 Defendant.     )  Time:  8:30 a.m.
15                              )  Judge: Hon. Morrison C. England, Jr.
   _____    )
16

17         **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Phillip A. Talbert, counsel for Plaintiff, and Assistant

19  Federal Defender Jeffrey L. Staniels, counsel for defendant EDWARD

20  ALFRED ORDEZ, Jr. that the status conference scheduled in the above

21  case for November 1, 2005, be vacated, and the matter continued until

22  November 22, 2005, on this court's criminal calender.

23         This continuance is sought to permit consideration of a

24  proposed plea agreement recently tendered by the government and

25  consultation with Mr. Ordez regarding his response to that proposal.

26         **IT IS FURTHER STIPULATED** that time for trial under the Speedy

27  Trial Act, be excluded from the filing of this stipulation on October

28  31, 2005, until and including November 22, 2005 pursuant to 18 U.S.C. §

1  3161(h)(8)(A) & (B)(iv), Local Code T-4.

2      The court is advised that counsel have conferred on this
3  request, and that Mr. Talbert, has authorized Mr. Staniels to sign this
4  stipulation on his behalf.

5      **IT IS SO STIPULATED**.

7  Dated:  October 31, 2005  /S/ Phillip Talbert
    Phillip A. Talbert
8      Assistant U.S. Attorney
    Counsel for Plaintiff

10  Dated:  October 31, 2005  /S/Jeffrey L. Staniels
    JEFFREY L. STANIELS
11      Assistant Federal Defender
    Attorney for Defendant
12      EDWARD ALFRED ORDEZ, JR.

## O R D E R

15      The requested continuance is GRANTED.  This case is set for
16  further status conference on this court's criminal calendar on November
17  22, 2005 at 8:30 a.m.  Time for trial under the Speedy Trial Act is
18  excluded from October 31, 2005, through November 22, 2005, as agreed to
19  by the parties.

20      **IT IS SO ORDERED**.

    By the Court,

23  Dated: November 3, 2005

    _____
26      MORRISON C. ENGLAND, JR
27      UNITED STATES DISTRICT JUDGE