QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD ALFRED ORDEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 2:05-cr-0010 MCE |
|                                   ) | |
|             Plaintiff,            ) | |
|                                   ) | STIPULATION AND [PROPOSED] ORDER |
|     v.                            ) | CONTINUING CASE AND EXCLUDING TIME |
|                                   ) | |
| EDWARD ALFRED ORDEZ, JR.,         ) | |
|                                   ) | Date:  November 22, 2005 |
|             Defendant.            ) | Time:  8:30 a.m. |
|                                   ) | Judge: Hon. Morrison C. England, Jr. |
| _____   ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Phillip A. Talbert, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant EDWARD ALFRED ORDEZ, Jr. that the status conference scheduled in the above case for November 22, 2005, be vacated, and the matter continued until November 29, 2005, on this court's criminal calender.

This continuance is sought to permit completion of drafting of a modified proposed plea agreement recently orally agreed to by the attorneys, and consultation with Mr. Ordez regarding his response to that proposal.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, be excluded from the filing of this stipulation on November

18, 2005, until and including November 29, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

The court is advised that counsel have conferred on this request, and that Mr. Talbert, has authorized Mr. Staniels to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated:  November 18, 2005          /S/ Phillip Talbert
                                   Phillip A. Talbert
                                   Assistant U.S. Attorney
                                   Counsel for Plaintiff

Dated:  November 18, 2005          /S/Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   EDWARD ALFRED ORDEZ, JR.

**O R D E R**

The requested continuance is GRANTED. This case is set for further status conference on this court's criminal calendar on November 29, 2005 at 8:30 a.m. Time for trial under the Speedy Trial Act is excluded from November 18, 2005, through November 29, 2005, as agreed to by the parties.

**IT IS SO ORDERED.**

By the Court,

Dated: November 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2