```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD ALFRED ORDEZ, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0010 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING TIME |
| EDWARD ALFRED ORDEZ, JR., ) | |
| Defendant. ) | Date: November 29, 2005 |
| ) | Time: 8:30 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Phillip A. Talbert, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant EDWARD ALFRED ORDEZ, Jr. that the status conference scheduled in the above case for November 29, 2005, be vacated, and the matter continued until December 6, 2005, on this court's criminal calender for change of plea.

This continuance is sought to permit review by the court of a plea agreement recently orally agreed to by the parties and by Mr. Ordez.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, be excluded from the filing of this stipulation on November 28, 2005, until and including December 6, 2005 pursuant to 18 U.S.C. §

3161(h)(8)(A) & (B)(iv), Local Code T-4.

The court is advised that counsel have conferred on this request, and that Mr. Talbert, has authorized Mr. Staniels to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: November 28, 2005         /S/ Phillip Talbert
                                 Phillip A. Talbert
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff

Dated: November 28, 2005         /S/Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 EDWARD ALFRED ORDEZ, JR.

**O R D E R**

The requested continuance is GRANTED.  This case is set for further status conference on this court's criminal calendar on November 29, 2005 at 8:30 a.m.  Time for trial under the Speedy Trial Act is excluded from November 28, 2005, through December 6, 2005, as agreed to by the parties.

**IT IS SO ORDERED**.

By the Court,

Dated: December 2, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2